UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

MARK R. FERRAN and NADIA FERRAN,

                Plaintiffs,

        v.                         1:05-CV-0161
                                     (DNH)(DRH)

OFFICE OF THE DISTRICT ATTORNEY
OF THE COUNTY OF RENSSELAER;
KENNETH R. BRUNO, Individually and in
His Official Capacity; RENSSELAER
COUNTY; PATRICIA DeANGELIS, District
Attorney, Individually and in Her Official
Capacity; and JAMES CANFIELD,
Individually and in His capacity as Justice
of the Supreme Court of the State of New York,

                Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:                           OF COUNSEL:

MARK R. FERRAN
Plaintiff, *pro se*
36 Winnie Road
Albany, NY 12208

NADIA FERRAN
Plaintiff, *pro se*
114 Morton Avenue
Albany, NY 12202

NAPIERSKI, VANDENBURGH
  &amp; NAPIERSKI, LLP                     THOMAS J. O'CONNOR, ESQ.
Attorneys for Defendants,
   Office of the District Attorney,
   Kenneth R. Bruno, County
   of Rensselaer, and Patricia D'Angelis
296 Washington Ave Ext.
Albany, NY.  12203

| | |
|---|---|
| HON. ANDREW M. CUOMO<br>Attorney General of the<br>  State of New York<br>Attorney for Defendants<br>Department of Law<br>The Capitol<br>Albany, New York 12224 | EDWARD LINDNER, ESQ.<br>Asst. Solicitor |

DAVID N. HURD
United States District Judge

# O R D E R

Upon the Mandate of the Second Circuit Court of Appeals issued and filed on March 15, 2010, it is

ORDERED that

1. The Judgment filed May 13, 2008, is VACATED; and

2. Defendants shall file and serve an answer and/or motion with regard to plaintiff's verified complaint (Docket No. 1) on or before April 16, 2010.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   March 23, 2010
         Utica, New York.