# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**MARK R. FERRAN and NADIA FERRAN**

      Plaintiffs

vs.                         **CASE NUMBER: 1:05-CV-161 (DNH/ATB)**

**OFFICE OF THE DISTRICT ATTORNEY OF THE COUNTY OF RENSSELAER, KENNETH R. BRUNO, in his individual capacity, RENSSELAER COUNTY, PATRICIA DEANGELIS, District Attorney, in her individual and official capacity and JAMES CANFIELD, individually and in his capacity as Justice of the Supreme Court of the State of New York,**

      Defendants

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiffs' complaint is DISMISSED without prejudice due to their failure to serve the complaint within the time specified by the Federal Rules of Civil Procedure.

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 17th day of July, 2013.

DATED: July 18, 2013

                                                                         Clerk of Court

                                        By:   s/
                                                    Nicole Killius
                                                    Deputy Clerk